COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

AEROSTAFF SERVICES, INC., and § 
MIDSOUTH CONSTRUCTION, No. 08-08-00106-CV
INC./LUIS F. CISNEROS, §

Appeal from the

Appellants/Cross-Appellees, § 

County Court at Law No. Five

v. §

of El Paso County, Texas

§

LUIS F. CISNEROS/AEROSTAFF (TC#2004-1617)
SERVICES, INC., and MIDSOUTH § 
CONSTRUCTION, INC.,

Appellee/Cross-Appellant.

## MEMORANDUM OPINION

Pending before the Court is the joint motion by Appellant/Cross-Appellee Aerostaff Services, Inc., Appellant/Cross-Appellee Midsouth Construction, Inc., and Appellee/Cross-Appellant Luis F. Cisneros to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). The parties jointly request that each party be ordered to bear its own costs. We grant the motion and dismiss the appeal, with the costs of appeal taxed against the party that incurred them.

KENNETH R. CARR, Justice

July 31, 2008

Before Chew, C.J., McClure, and Carr, JJ.